## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Office of the Special Deputy Receiver

                    Plaintiff,

v.                                                 Case No.: 1:22−cv−03709
                                                       Honorable Andrea R. Wood

Hartford Fire Insurance Company, et al.

                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, June 1, 2023:

       MINUTE entry before the Honorable Andrea R. Wood: Telephonic status hearing set for 6/1/2023 is stricken; parties need not appear. The Court's written ruling on Defendants' motions to dismiss [21], [27] will follow by separate order. Mailed notice (aw,)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.