# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.3)
### Eastern Division

Office of the Special Deputy Receiver

                                  Plaintiff,

v.                                                                     Case No.: 1:22−cv−03709
                                                                      Honorable Andrea R. Wood

Hartford Fire Insurance Company, et al.

                                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, July 23, 2025:

      MINUTE entry before the Honorable Andrea R. Wood: With the voluntarily dismissal of the remaining claims against Defendant HSB Specialty Insurance Company [67], all claims as to all parties have now been resolved. The Clerk is directed to enter final judgment on Form AO 450 in favor of Defendant Hartford Fire Insurance Company as to Counts I and II. Plaintiff's unopposed motion for entry of final judgment dismissing claims against Hartford Insurance Company [62] is terminated as moot. Civil case terminated. Mailed notice (lma, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.